

LEMBERG
&ASSOCIATES L.L.C.
ATTORNEYS AT LAW

VIA ELECTRONIC CASE FILING

March 8, 2010

Judge Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:  **Case No. 1:10-cv-10007-RGS, Aldrich v. Daniels Law Office, P.C.**

Dear Judge Stearns:

    Please allow this letter to serve as notification of the settlement of the above-referenced matter. Following the receipt of a signed Release and exchange of the settlement funds, we will withdraw this case with prejudice. Please stay all deadlines and keep this case open for 30 days while the parties finalize the settlement.

    If you have any questions, please do not hesitate to have your clerk contact me. Thank you.

Sincerely,

Sergei Lemberg, Esq.

Main Office 1100 Summer Street, Stamford CT 06905    T 203.653.2250    F 203.653.3424    www.lemberglaw.com